UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                             Case No. 4:14cv00215 KGB

MARQUES D. TURNER
                                                                                                    DEFENDANT

## CONSENT JUDGMENT

This matter coming before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the Defendant, Marques D. Turner, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Plaintiff in the amount of $17,605.00.

2. Execution of the Judgment shall be stayed on the condition that the Defendant shall satisfy this Judgment by making full payment in the amount of $17,605.00. Payments shall be made in the amount of $100.00 per month, which are due and payable on the 1st day of each month, beginning April 1, 2014, until the debt is satisfied in full. All checks or money orders are to be made payable to the United States Attorney's Office for the Eastern District of Arkansas. Said payments should be sent to the U.S. Department of Justice Facility, Nationwide Central Intake, P.O. Box 790363, St. Louis, MO 63179-0363.

3. That the Defendant shall submit to the Plaintiff for review on at least an annual basis a statement of his/her financial condition and that such information shall be grounds to increase the payments of the Defendant to the Plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the

Defendant and any other jurisdiction where the Plaintiff deems appropriate.

5. In the event the Defendant defaults in the payment of any installment due under this order, upon application by the Plaintiff after notice to the Defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the Defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Marques D. Turner, 1607 Canyon Maple Cove, Benton, Arkansas 72019-7040, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:
CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_____        4/7/14
SHANNON S. SMITH                        Date
ASSISTANT U.S. ATTORNEY


_____        4-8-14
MARQUES D. TURNER                       Date
DEFENDANT


APPROVED:

_____        4/11/2014
UNITED STATES JUDGE                     Date